IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DELTONA TRANSFORMER CORPORATION, a Florida Corporation,<br><br>     Plaintiff,<br><br>v.<br><br>FENG DEQIAN d/b/a MROINGE, an individual,<br><br>     Defendant. | Case No.: 6:20-cv-00356-RBD-EJK |

**Motion for Entry of Consent Judgment and Permanent Injunction
<u>as to Defendant Feng Deqian d/b/a Mroinge</u>**

Plaintiff Deltona Transformer Corporation ("DTC"), by and through its undersigned counsel, hereby moves the Court for an entry of Consent Judgment and Permanent Injunction as to Defendant Feng Deqian d/b/a Mroinge ("Defendant") in this action. In support of this motion, DTC states as follows:

1.     On March 6, 2020, DTC filed its verified complaint in this action asserting claims for trademark counterfeiting, trademark infringement, false designation of origin and unfair competition, and false advertising, in violation of the laws of the United States and the State of Florida (ECF No. 10).

2.     On November 16, 2020, counsel for DTC served copies of the summons, verified complaint, and all subsequent pleadings and discovery in this case on Defendant (ECF No. 21).

3. On November 18, 2020, DTC re-filed its Motion for Preliminary Injunction against Defendant. Pursuant to this Court's Order dated December 14, 2020, counsel for DTC served Defendant with copies of the motion and the Court's order (ECF No. 26).

4. On December 2, 2020, DTC's counsel was contacted by counsel for Defendant, Yong Chen, Ph.D. of the law firm Liu, Chen & Hoffman LLP (https://ambizlaw.com/), concerning a possible settlement.

5. DTC and Defendant have now reached a settlement of all claims involving Defendant. As part of the settlement, DTC and Defendant have agreed to the entry of the Consent Judgment and Permanent Injunction attached hereto as Exhibit A.

WHEREFORE, DTC respectfully requests that this Court enter the Consent Final Judgment and Permanent Injunction against Defendant and to retain jurisdiction over the parties in connection with the compliance of the Consent Judgment and Permanent Injunction and the written settlement agreement executed between the parties.

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the movant has conferred with counsel for Defendant (Yong Chen, Ph.D. of the law firm Liu, Chen & Hoffman LLP (https://ambizlaw.com/)) and has been informed that there is no objection to the relief sought herein.

Dated: December 21, 2020

Respectfully submitted,

*/s/ Patricia M. Flanagan*
Patricia M. Flanagan
Florida Bar No. 58592
Megan A. McNamara
Florida Bar No. 112636
Alex L. Braunstein
Florida Bar No. 98289
777 South Flagler Drive
Suite 1700, West Tower
West Palm Beach, FL 33401
Tel.: (561) 835-9600
Fax: (561) 835-9602
Email: pflanagan@foxrothschild.com
Email: mmcnamara@foxrothschild.com
Email: abraunstein@foxrothschild.com

*Counsel for Plaintiff*
*Deltona Transformer Corporation*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served a true and correct copy of the foregoing document and the notice of electronic filing to the following non-CM/ECF participants, as follows:

Defendant Feng Deqian d/b/a Mroinge
Email: deqian_feng@163.com

Yong Chen, Ph.D.
Liu, Chen & Hoffman LLP
One Penn Plaza, Suite 2508
New York, NY 10119
Email: ychen@ambizlaw.com

                */s/ Patricia M. Flanagan*
                Patricia M. Flanagan